UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-157-FDW

| | |
|---|---|
| EBER EMANUEL URIAS SANCHEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KIERAN J. SHANAHAN, et al., ) <br> ) <br> Respondents. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court on consideration of Petitioner's motions for the production of a transcript and a certificate of appealability (COA) and . (Doc. Nos. 7 and 8). On April 14, 2014, this Court entered an Order dismissing Petitioner's habeas petition under 28 U.S.C. § 2254 and specifically declined to issue a COA. (Doc. No. 5: Order). For the reasons stated in that Order, Petitioner's motion for a COA will be denied. Petitioner also seeks the "preparation of the stenographic transcript of the order and initial review" of his habeas petition. It is plain that as Petitioner has filed a notice of appeal from the Order of dismissal that he has no need for an additional copy of the Order and to the extent he seeks transcripts, there are no transcripts filed in this proceeding.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's motion for a certificate of appealability is **DENIED**. (Doc. No. 8).

2. Petitioner's motion for preparation of transcripts is **DENIED**. (Doc. No. 7).

**IT IS SO ORDERED.**

Signed: April 25, 2014

Frank D. Whitney
Chief United States District Judge